### 11890. PARSONS *et al. v.* THE STATE.

LUKE, J. A theft of chickens was charged in the indictment; the prosecutrix swore that the chickens found in the possession of the defendants on the night of the theft were her chickens, and there was evidence that the defendants admitted stealing the chickens. It was therefore not error to overrule the motion for a new trial, the only ground relied upon being that the evidence did not authorize the verdict of guilty.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED DECEMBER 16, 1920.

Indictment for larceny from house; from Whitfield superior court — Judge Tarver. October 7, 1920.

*M. B. Eubanks,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.